**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cr-04033-SRB-01 |
| | ) | |
| TONKA WAY CON PONDER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Chief United States Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #245) to grant the Government's Motion to Dismiss Count Thirty (Doc. #236). No objections to the Report and Recommendation were filed, and the time to do so has passed.

After an independent and careful review of the record and applicable law, the Court ADOPTS Judge Epps' Report and Recommendation (Doc. #245). It is ORDERED that the Government's Motion to Dismiss Count Thirty (Doc. #236) is GRANTED and Count 30 of the Superseding Indictment against Defendant Tonka Way Con Ponder is DISMISSED WITH PREJUDICE. It is further ORDERED that the Report and Recommendation be attached to and made a part of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: <u>April 20, 2026</u>

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cr-04033-SRB-01 |
| | ) | |
| | ) | |
| TONKA WAY CON PONDER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pending before the Court is the Government's Motion to Dismiss Count Thirty. (Doc. 236). The Government moves to dismiss with prejudice Count 30 of the Superseding Indictment against defendant Tonka Way Con Ponder, which charges Ms. Ponder with possession of an unregistered machinegun in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871. (*Id.*). Ms. Ponder has not responded to the motion, and the time to do so has passed. The Court finds the Government's motion is made in good faith. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court recommends that the District Judge dismiss Count 30 with prejudice.

Accordingly, IT IS THEREFORE RECOMMENDED that the District Judge, after making an independent review of the record and applicable law, GRANT the Government's Motion to Dismiss Count Thirty. (Doc. 236).

Counsel are reminded that each party has fourteen (14) days from the date of receipt of a copy of this Report and Recommendation within which to file and serve objections. A failure to file and serve exceptions by this date shall bar an attack on appeal of the factual findings in the

Report and Recommendation which are accepted or adopted by the District Judge, except on the grounds of plain error or manifest injustice.

Dated this 2nd day of April, 2026, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
Chief United States Magistrate Judge