**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cr-04033-SRB |
| v. | ) | |
| | ) | |
| TONKA WAY CON PONDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 13, 2026, the Court presided over a pretrial conference with Defendants Tretch Lucius Lawrence ("Lawrence"), Paul Leon Gardner ("Gardner"), and Daniel Scott Kurtzeborn ("Kurtzeborn") (collectively, "Defendants") and the Government. For the reasons stated on the record, and upon review of the parties' briefs, it is hereby ORDERED that:

Defendants' Joint Motion to Continue the Trial Setting (Doc. #289) is DENIED.

The Government's Motion in Limine prohibiting Defendants Lawrence and Kurtzeborn from arguing self-defense at trial (Docs. #219 and #220) is GRANTED. Defendant Gardner is not a party to the Government's motion.

The Government's Motion in Limine seeking admissibility of certain records (Doc. #285) is GRANTED to the extent that the records are within the scope of the conspiracy.

Defendant Lawrence's First Motion in Limine (Doc. #263) is GRANTED to the extent that the Government is prohibited from excessively using the word "gang" and "Hells Angels."

Defendant Lawrence's Second Motion in Limine (Doc. #275) excluding the testimony of Special Agent Bryan Alfultis is DENIED AS MOOT.

Defendant Lawrence's Third Motion in Limine (Doc. #296) excluding the testimony of Jeremy Scheetz is DENIED, but the Government shall limit the expert testimony to one hour.

1

The parties may consult the transcript for further details or clarification.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Date: May 14, 2026

2