**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                                   **Case No. 24-04033-01/08-CR-C-SRB**

**TONKA PONDER, et al,**

        **Defendants.**

## GOVERNMENT'S NOTICE OF INTENTION TO ADMIT INTO EVIDENCE CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY UNDER FEDERAL RULES OF EVIDENCE 803(6), 902(4), AND 902(11)

**COMES NOW** the United States of America, by and through R. Matthew Price, the United States Attorney for the Western District of Missouri, and Aaron M. Maness, the undersigned Assistant United States Attorney, and hereby offers its written notice to all adverse parties of its intention to admit into evidence certified domestic records of regularly conducted activity under Federal Rules of Evidence 803(6), 902(4), and 902(11).

During the trial, the Government intends to seek admission into evidence of the following documents:

    1.    Business records from the Missouri Secretary of States., concerning the following records:

        a.  Missouri Secretary of State Records concerning Articles of Incorporation for the Iron Celtics Motorcycle Association were certified on June 26, 2025 (POND_00207962 to POND_00207971);

1

b. Missouri Secretary of State Records concerning Articles of Incorporation for the Iron Celtics Motorcycle Association/Grandfather Chapter that were certified on June 26, 2025 (POND_00207972 to POND_00207982).

2. Business records from Wal-Mart, Inc. which business records concerning the Iron Celtics transactions with Wal-Mart which were certified on June 10, 2024, and June 19, 2024 (POND_00205824, POND_00205826, POND_2058333, and POND_00205834)

## **AUTHORITY**

Federal Rules of Evidence 803(6) and 902(11) allows, if documents are otherwise admissible under law and under Federal Rule of Evidence 803(6), for a custodian of the records to sign a certificate that declares that the document or record –

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

If the custodian signs such a certification, the Court can allow the Government to admit the document into evidence, as self-authenticating, so long as the Government provide written notice of this intention and make the record and the certifications available for inspection sufficiently in advance of trial. A copy of the business records for the documents and the certifications in question have been given to the defendant, and the contraband content contained within the records has been made available and is available for viewing at the United States Attorney's Office, as part of the discovery in this case.

2

For the above-mentioned reasons, the Government asks for the admission of the proffered evidence under the Federal Rules of Evidence and applicable case law.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By      /s/ Aaron M. Maness
Aaron M. Maness
Missouri Bar No. 63666
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered May 26, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ Aaron M. Maness
Aaron M. Maness
Assistant United States Attorney

3